Entered: May 30th, 2018
Signed: May 30th, 2018

**SO ORDERED**



## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re: |
 |
**TINA M BUSHEE** | Case No. **16-18642-WIL**
 | Chapter 13
Debtor(s) |

### ORDER GRANTING TRUSTEE'S MOTION TO
### DISALLOW ABANDONED CLAIM

    Before the Court is the motion of Nancy Spencer Grigsby, Chapter 13 Trustee ("Trustee"), to disallow the claim filed on behalf of **U.S. Bank, NA c/o Ocwen Loan Servicing, LLC** ("Claimant") filed on **November 30, 2016** in the amount of **$134,690** with an arrearage of **$13,329.66** (the "Claim"). Having considered the objection, and after opportunity for a hearing, sufficient cause appearing, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED**, that the Trustee's motion is hereby granted, and the pre-petition arrears claim is hereby reduced to the amount paid, and the balance of the secured claim is hereby disallowed, subject, however, to the right of the claimant to file a proof of claim for any deficiency within 30 days after the entry of this Order, or within any Court-authorized extension, or within the time set as a bar date if the case is or has been converted to another chapter of the Bankruptcy Code.

Cc:
Donald L Bell    donbellaw@gmail.com, donbellaw2@gmail.com
*Counsel for Debtor(s)*

Kristine D Brown    ecf@logs.com
*Counsel for U.S. Bank, NA*

Renee O. Dyson    ecf@logs.com
*Counsel for U.S. Bank, NA*

Gene Jung    gene.jung@brockandscott.com, mdecf@brockandscott.com, wbecf@brockandscott.com, kimberly.gilbert@brockandscott.com
*Counsel for U.S. Bank, NA*

Kyle J. Moulding    bankruptcymd@mwc-law.com
*Counsel for Ocwen Loan Servicing, LLC*

Diana Carolina Valle    diana.valle@vallelawfirm.com
*Counsel for U.S. Bank, NA*

Nancy Spencer Grigsby    grigsbyecf@ch13md.com
*Chapter 13 Trustee*

Tina M. Bushee
5810 Shoshone Drive
Oxon Hill, MD 20745
*Debtor(s)*

Ocwen Loan Servicing, LLC
Attn: Aaron Friedlander
Attn Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416
*Creditor's Address on Claim*

Ocwen Loan Servicing, LLC
PO Box 24646
West Palm Beach, FL 33416
*Creditor's Correspondence Address*

CSC-Lawyers Incorporating Service Company
7 St Paul Street, Suite 820
Baltimore, MD 21202
*Resident Agent for Ocwen Loan Servicing, LLC*

The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093
*Resident Agent for U.S. Bank, NA*

Mr. Richard K. Davis, CEO
U.S. Bank, N.A.
800 Nicollet Mall
BC-MN-H210
Minneapolis, MN 55402
*Officer of U.S. Bank, N.A.*

**END OF ORDER**